AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN -6 2025

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) |
|---|---|
| v. | ) |
| Christopher BURNSIDE | ) Case No. 25-2140 MJ |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2025__ in the county of __Otero__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached "Affidavit"

☒ Continued on the attached sheet.

_____
Complainant's signature

Felix J. Castaneda, HSI Special Agent
Printed name and title

Electronically submitted and telephonically Sworn to before me.

Date: June 6, 2025

_____
Judge's signature

City and state: Las Cruces, New Mexico

Hon. J. Ritter, United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VS

Christopher Burnside

On May 1, 2025, at approximately 2118 hours, a Contract Detention Officer (CDO) was on duty at the Otero County Processing Center (OCPC), located at Chaparral, Otero County, New Mexico. The OCPC is an Immigration and Customs Enforcement (ICE) Federal Detention Facility.

The CDO was providing reading material to ICE detainee Chirstopher BURNSIDE (hereinafter referred as BURNSIDE) through a tray slot. BURNSIDE utilized the tray slot to throw a punch and strike the CDO in the face. After striking the CDO, BURNSIDE threw feces, at the CDO.

Video surveillance at the OCPC captured the CDO being struck and feces thrown at him.

During his subject interview, BURNSIDE indicated he assaulted the CDO. BURNSIDE explained he struck the CDO in the face with his right hand. BURNSIDE admitted to throwing feces at the CDO after striking him.

BURNSIDE assaulted a CDO (who is a contract employee of the United States), while such CDO was engaged in or on account of the performance of his official duties.

The U.S. Attorney's Office was apprised of the aforementioned information and approved prosecution of BURNSIDE for violation of 18 U.S. Code § 111 - Assaulting, resisting, or impeding certain officers or employees.

_____
Honorable Jerry H. Ritter
United States Magistrate Judge
District of New Mexico

_____
Felix Castaneda
Special Agent
Immigration and Customs Enforcement/Office of Professional Responsibility